Aymen A. Aboushi, Esq.
The Aboushi Law Firm PLLC
1441 Broadway, 5th Fl.
New York, NY 10018
Tel: (212) 391-8500
Fax: (212) 391-8508
Aymen@Aboushi.com
www.Aboushi.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------- -X
VERONICA BRANCH, et al.,                                :
                                                        :   Civ. No.: 16-cv-02467-JLL-JAD
           PLAINTIFFS,                          :
                                                        :   **(Proposed) Order**
-AGAINST-                                               :
                                                        :
CHRIS CHRISTIE, et al.,                                 :
                                                        :
           DEFENDANTS.                          :
--------------------------------------------------------------------- X

This matter having come before this Court by way of Plaintiffs' motion of the extension of time to amend the Complaint under Rule 15 (a)(1)(B) and to extend the return date of Defendants' motion to dismiss; and

The Court having considered the parties' submissions, and for good cause shown;

It is on this _____ day of October, 2016;

**ORDERED** that Plaintiffs' request for an extension of time to amend the Complaint pursuant to Rule 15 (a)(1)(B) is granted to November 30, 2016; it is further

**ORDERED** that the Defendants' motion to dismiss shall be returnable on December 19, 2016.

Dated: _____                              _____
                                                          Hon. Joseph A. Dickson